**Dennis E. ZARETZKY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 69289.

Missouri Court of Appeals, Western District.

Feb. 3, 2009.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Anna L. Bunch, Jefferson City, MO, for respondent.

Before Div I: HARDWICK, P.J., ELLIS and NEWTON, C.J.

**ORDER**

PER CURIAM.

Dennis Zaretzky appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).